O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     ED CV 08-01013-SGL(PJWx)                              Date:  October 27, 2008

Title:     SHIRLEY CLARK -v- COUNTRYWIDE HOME LOANS, INC., et al.,
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Moses O. Onyejekwe                                          Eric D. Olson for Countrywide Mortgage Loans
                                                            Michael R. Pfeifer for Mortgage Solutions

PROCEEDINGS:     (1)     Defendant Recontrust Company and Countrywide Home Loans Inc.'s Motion to Dismiss First Amended Complaint, No. 6

                 (2)     Defendant Mortgage Solutions Management Inc.'s Motion to Dismiss Case or in the Alternative, For a More Definite Statement, No. 11 & (No. 16 (AMENDED MOTION TO DISMISS)

This matter was heard on October 27, 2008.  For the reasons set forth on the record, the Court **GRANTS** the motions to dismiss and dismisses First Amended Complaint.

Plaintiff is **GRANTED** thirty days' leave to amend the complaint.  Counsel are **ORDERED** to meet and confer regarding the Second Amended Complaint before its filing.

**IT IS SO ORDERED.**