JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SHIRLEY CLARK,<br><br>     Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; JOHN ANDREWS DUGAN; LISA HERRERA; MORTGAGE SOLUTIONS MANAGEMENT INC.; RECONTRUST COMPANY, N.A., AND DOE 1, AS THE NOTARY; DOE 2, AS THE NOTARY'S SURETY AND INSURANCE COMPANY; and all persons claiming by, through, or under such entities or persons; and all persons unknown, claiming any legal or equitable right, title, estate lien, or interest in the real property described in the complaint adverse to Plaintiff's title, or constituting any cloud on Plaintiff's title thereto, and DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No. EDCV08-01013 SGL (PJWx)<br><br>HON. STEPHEN G. LARSON, COURTROOM ONE, UNITED STATES COURTHOUSE RIVERSIDE<br><br>**JUDGMENT** |

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

IR01DOCS415143.1

**[PROPOSED] JUDGMENT**

1  Pursuant to the Court's August 17, 2009 Order granting defedants Countrywide Home Loans, Inc.'s, ReconTrust Company, N.A.'s, and Mortgage Electronic Registration Systems' (collectively the "Settled Defendants") motion to enforce their written settlement agreement with Plaintiff Shirley Clark ("Plaintiff"), judgment is hereby entered in favor of the Settled Defendants as follows:

1. All claims, counts, and/or causes of action asserted by Plaintiff against Countrywide Home Loans, Inc., ReconTrust Company, N.A., and Mortgage Electronic Registration Systems are hereby DISMISSED WITH PREJUDICE.

2. Countrywide Home Loans, Inc., ReconTrust Company, N.A., and Mortgage Electronic Registration Systems are awarded their attorneys' fees and costs against Shirley Clark in the amount of $9,350 pursuant to Paragraph 5.16(2) of the parties' settlement agreement.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: August 28, 2009

_____
Hon. Stephen G. Larson

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

IR01DOCS415143.1

1

[PROPOSED] JUDGMENT